**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **STACEY M. TUELL,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil No. 3:14-cv-1834** |
| **v.** | ) | **Judge Sharp** |
| | ) | |
| **JUSTIN MCCORMICK, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, Defendant Officer Charles Embry's Motion to Dismiss (Docket No. 33) and Defendant Metropolitan Government of Nashville and Davidson County, Tennessee's Motion to Dismiss (Docket No. 59) are both hereby GRANTED.

Defendant Charles Embry's Motion to Consider Audio Dispatch Recordings (Docket No. 52) is hereby GRANTED.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE